## IN RE RESIGNATION OF KUHLMAN.

[Cite as *In re Resignation of Kuhlman* (1994), 71 Ohio St.3d 1204.]

(No. 94–2184—Submitted November 15, 1994—Decided November 17, 1994.)

The resignation as an attorney of Jack D. Kuhlman of Columbiana, Ohio, Attorney Registration No. 0001109, is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

---

## DAVENPORT, APPELLANT, *v.* M/I SCHOTTENSTEIN HOMES, INC., APPELLEE.

[Cite as *Davenport v. M/I Schottenstein Homes, Inc.* (1994), 71 Ohio St.3d 1204.]

(No. 93–1749—Submitted October 25, 1994—Decided December 7, 1994.)

---

*Kircher, Robinson, Cook, Newman & Welch* and *Robert B. Newman,* for appellant.

*Clark, Ward & Cave* and *Douglas J. May,* for appellee.

*McCarthy, Palmer, Volkema & Becker* and *William C. Becker; Eleanor L. Speelman* and *Stanton G. Darling,* urging reversal for *amicus curiae,* Ohio Academy of Trial Lawyers.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals.